UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

YESENIA HERNANDEZ CHOUDHURY,

Petitioner,

-against-

U.S. CITIZENSHIP AND IMMIGRATION SERVICES, TODD BLANCHE, *in his official capacity as Attorney General of the United States*, MARKWAYNE MULLIN, *in his official capacity as Secretary of the U.S. Department of Homeland Security*, JAMES MCDONALD, *in his official capacity as United States Attorney for the Southern District of New York*, and JOSEPH B. EDLOW, *in his official capacity as Director of U.S. Citizenship and Immigration Services..*

Respondents.

26-CV-9005 (RA)

ORDER OF SERVICE

RONNIE ABRAMS, United States District Judge:

Petitioner, who is appearing *pro se*, brings this action pursuant to 28 U.S.C. § 1361 and the Administrative Procedure Act, 5 U.S.C. §§ 555(b), 702, and 706(1). She seeks to compel the U.S. Citizenship and Immigration Services ("USCIS") to adjudicate her Form I-130, Petition for Alien Relative, filed on behalf of her husband, Noor E. Ferdaws Choudhury, which has been pending since March 15, 2024. By order dated October 19, 2026, the court granted Petitioner's request to proceed *in forma pauperis* ("IFP"), that is, without prepayment of the filing fees. Dkt. 5.

Because Petitioner has been granted permission to proceed IFP, she is entitled to assistance from the Court and the U.S. Marshals Service to effect service.[1] *Walker v. Schult*, 717 F.3d. 119,

[1] Although Rule 4(m) of the Federal Rules of Civil Procedure generally requires that a summons be served within 90 days of the date the petition is filed, Petitioner is proceeding IFP and could not have effected service until the Court reviewed the petition and ordered that any summons be issued. The Court therefore extends the time to serve the petition until 90 days after the date any summons issues.

123 n.6 (2d Cir. 2013); *see also* 28 U.S.C. § 1915(d) ("The officers of the court shall issue and serve all process . . . in [IFP] cases."); Fed. R. Civ. P. 4(c)(3) (the court must order the Marshals Service to serve if the Petitioner is authorized to proceed IFP).

To allow Petitioner to effect service on Respondents through the U.S. Marshals Service, the Clerk of Court is instructed to fill out a U.S. Marshals Service Process Receipt and Return forms ("USM-285 forms") for Respondents, and check the box on the USM-285 forms labeled "Check for service on U.S.A." The Clerk of Court is further instructed to issue summonses and deliver to the Marshals Service all the paperwork necessary for the Marshals Service to effect service upon Respondents.

If the petition is not served within 90 days after the date summonses are issued, Petitioner should request an extension of time for service. *See Meilleur v. Strong*, 682 F.3d 56, 63 (2d Cir. 2012) (holding that it is the Petitioner's responsibility to request an extension of time for service).

Petitioner must notify the Court in writing if her address changes, and the Court may dismiss the action if Petitioner fails to do so.

**CONCLUSION**

The Clerk of Court is instructed to (1) issue summons for Respondents USCIS; Joseph B. Edlow, Director of USCIS; Todd Blanche, Attorney General of the United States; Markwayne Mullin, Secretary for the United States Department of Homeland Security; and James McDonald, the United States Attorney for the Southern District of New York; (2) complete the USM-285 forms with the addresses for Respondents, checking the box labeled "Check for service on U.S.A."; and (3) deliver to the U.S. Marshals Service all documents necessary to effect service on Respondents.

The Clerk of Court is directed to mail an information package to Petitioner. Petitioner may receive Documents by email by completing a Consent to Electronic Service form.[2]

SO ORDERED.

Dated: October 22, 2026
New York, New York

RONNIE ABRAMS
United States District Judge

[2] If Petitioner consents to receive documents by email, Petitioner will no longer receive documents by regular mail.

**SERVICE ADDRESSES FOR RESPONDENTS**

1. James McDonald, United States Attorney's Office
Southern District of New York
Civil Process Clerk
86 Chambers Street
3rd Floor
New York, New York 10007

2. Joseph B. Edlow
Director, USCIS
Attn: Officer of the Director
5900 Capital Gateway Dr.
Camp Springs, Maryland 20588-0009

3. Todd Blanche
Attorney General of the United States
United States Department of Justice
950 Pennsylvania Avenue, NW
Washington, D.C. 20530-0001

4. Markwayne Mullin
Secretary
United States Department of Homeland Security
Office of the General Counsel
245 Murray Lane, SW
Mail Stop 0485
Washington, D.C. 20528-0485